JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, | CV 20-971 PA (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| BALBOA SQUARE PARTNERS LIMITED LIABILITY COMPANY et al., | |
| Defendants. | |

Pursuant to the Court's May 27, 2020 Order dismissing this action for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 27, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE